JASON K. SINGLETON, CSB#166170
RICHARD E. GRABOWSKI, CSB#236207
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177
 FAX 441-1533

Attorneys for Plaintiffs, ASIS INTERNET SERVICES, JOEL HOUSEHOLTER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| ASIS INTERNET SERVICES, JOEL HOUSEHOLTER<br>　　　　Plaintiff(s),<br>　　v.<br>JB VIRTUAL ENTERPRISES, INC., et al.,<br>　　　　Defendant(s). | CASE NUMBER<br><br>C-09-4512 PJH<br><br>AMENDED<br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) OR (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (Check one)

■   This action is dismissed by the Plaintiff (s) in its entirety WITH PREJUDICE.

☐   The Counterclaim brought by Claimant (s) _____ is
     dismissed by Claimant (s) in its entirety.

☐   The Cross-Claim brought by Claimant (s) _____ is
     Dismissed by the Claimant (s) in its entirety.

☐   The Third-party Claim brought by Claimant (s) _____ is
     Dismissed by the Claimant (s) in its entirety.

☐   ONLY Defendant (s)_____ is
     (are) dismissed from
     (Circle one)    Complaint, Counterclaim, Cross-claim, Third Party Claim
     brought by   _____.

The dismissal is made pursuant to Rule 41 (a)  or  (c) of the Federal Rules of Civil Procedure.

DATED:      December 2, 2009                    /s/ Jason K. Singleton
                                          Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE
       PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

       F.R.Civ.P. 41(c):  COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED
       BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

CV-9  (7/01)      NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a)  or  (c)